IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WAYLON SANDOVAL,

    Plaintiff,

v.                                                             No. 1:23-cv-86 KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE

    THIS MATTER comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 3). Having reviewed the Application, the Court FINDS that Plaintiff's request is well-taken and should be GRANTED.

    IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. 3), is GRANTED. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

    IT IS FURTHER ORDERED that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

    IT IS SO ORDERED.

                                                                _____
                                                                 KEVIN R. SWEAZEA
                                                                 UNITED STAGES MAGISTRATE JUDGE